UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 07-80806-WRS
                                                 Chapter 13
LORRAINE S. HUDSON,

    Debtor

LORRAINE S. HUDSON,

    Plaintiff

vs.                                              Adv. Proc. No. 08-8023-WRS

LITTON LOAN SERVICING LLP,
et al.,

    Defendants

## ORDER ON MOTION FOR SUMMARY JUDGMENT

For the reasons set forth on the record on March 3, 2010, on the motion for summary judgment filed by defendant Litton Loan Servicing (Doc. 30), it is

ORDERED that the motion for summary judgment is GRANTED.

It is FURTHER ORDERED that this adversary proceeding is DISMISSED with prejudice.

Done this 2nd day of March, 2010.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Nicholas H. Wooten, Attorney for Plaintiff
   Robin L. Beardsley, Attorney for Litton Loan & Deutsche Bank
   Stephen B. Porterfield, Attorney for Litton Loan & Deutsche Bank
   McCalla Raymer, Defendant
   Fidelity National Information Services, Defendant